PHILLIP A. TALBERT
United States Attorney
ALSTYN BENNETT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-po-00099-CKD |
| Plaintiff, | ORDER FOR DEFENDANT TO PAY FINE; RECODE DISPOSITION CODE; AND NOT REPORT TO DMV |
| v. | |
| SERGEY Y. ASTAFYEV, | DATE:  May 18, 2023<br>TIME:  9:30 a.m. |
| Defendant. | COURT: Hon. Carolyn K. Delaney |

It is hereby ordered that the May 18, 2023 order is vacated;

It is further ordered that the plaintiff United States of America's Motion for Defendant to Pay a Fine, Recode the Disposition Code, and Not Report to DMV the offense cited in Violation No. E1663859, Case No. 2:23-po-00099-CKD is GRANTED.  Defendant Sergey Y. Astafyev shall pay a fine of $210.00, a processing fee of $30.00 and a special assessment of $10.00, for a total amount of $250.00, payable within 30 days to the Central Violations Bureau;

It is further ordered that the disposition shall be coded as PE; and

///

///

///

///

1

It is further ordered that Central Violations Bureau shall not report the offense cited to the California Department of Motor Vehicles.

IT IS SO ORDERED.

Dated:  May 23, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE